JUDGE CARTER

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x
                                 :
UNITED STATES OF AMERICA         :    INDICTMENT
                                 :
        - v. -                   :    19 Cr. _____
                                 :
RAUL AGOSTO,                     :
                                 :    19 CRIM 758
        Defendant.               :
                                 :
- - - - - - - - - - - - - - - - x

## COUNT ONE

**(Felon in Possession)**

The Grand Jury charges:

On or about June 28, 2019, in the Southern District of New York and elsewhere, RAUL AGOSTO, the defendant, knowing he had previously been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, knowingly did possess a firearm, to wit, a .22 caliber Mossberg International pistol, model 715P, and the firearm was in and affecting commerce.

(Title 18, United States Code, Sections 922(g)(1), 924(a)(2), and 2.)

_/s/ Tavare Ch._
FOREPERSON
10/21/19

_/s/ Geoffrey B_
GEOFFREY S. BERMAN
United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

---

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**UNITED STATES OF AMERICA**

v.

**RAUL AGOSTO,**

Defendant.

---

**INDICTMENT**

19 Cr. _____

(18 U.S.C. §§ 922(g)(1), 924(a)(2), and 2.)

GEOFFREY S. BERMAN
United States Attorney

_/s/ J. Farrell Cl._  10/21/19
Foreperson

---

10/21/19  Filed Indictment
Case assigned to Judge Carter

USMJ Freeman

MC