USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 12-12-19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

United States of America,

-against-

**Raul Agosto,**

          Defendant(s)
-----------------------------------------------------------X

**ORDER**

**19-CR-758 (ALC)**

**ANDREW L. CARTER, JR., United States District Judge:**

Due to a conflict on the Court's calendar, the status Conference scheduled for December 16, 2019 is adjourned to **December 17, 2019** at **12:00 p.m.**

**SO ORDERED.**

Dated: New York, New York
      December 11, 2019

_/s/ Andrew L. Carter, Jr._
**ANDREW L. CARTER, JR.**
**UNITED STATES DISTRICT JUDGE**