MEMO ENDORSED

# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

*David E. Patton*
*Executive Director*
*and Attorney-in-Chief*

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

March 17, 2020

BY ECF

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 3-19-20

Honorable Andrew L. Carter
United States District Judge
40 Foley Square
New York, New York 10007

Re: **United States v. Raul Agosto**,
19 Cr. 758 (ALC)

Dear Judge Carter:

I write with the consent of the government to seek a one-week extension of the deadline for Mr. Agosto's sentencing submission in the above-referenced matter. The adjusted schedule is requested to give defense counsel sufficient time to consult with Mr. Agosto on the sentencing submission given recent restrictions on legal visitation because of COVID-19. Moreover, this time is requested to give defense counsel adequate time to prepare Mr. Agosto's submission following defense counsel's recent trial schedule (defense counsel was in trial February 10- February 19 and March 10- March 16 for the retrial). Specifically, I respectfully request that Mr. Agosto's sentencing submission deadline be extended to March 27, 2020. The government's deadline would be extended to March 31.

As noted, the government consents to this request and the proposed schedule.

The application is ✓ granted.
             ☐ denied.

*Andrew L. Carter Jr, U.S.D.J.*
Dated: March 19, 2020
NY, New York

Respectfully submitted,

/s/

Zawadi Baharanyi
Assistant Federal Defender
212-417-8735 / 917-612-2753 (c)

cc: Assistant United States Attorney Jacob Fiddelman