EdwNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

United States of America,

                                    -against-

Raul Agosto,

-----------------------------------------------------------X

USDC SDNY
DOCUMENT ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 8-5-20

**ORDER**
19-CR-758 (ALC)

ANDREW L. CARTER, JR., United States District Judge:

    The Sentencing scheduled for August 11, 2020 is adjourned to **October 29, 2020** at **11:30 a.m.**

    SO ORDERED.

Dated: New York, New York
       August 5, 2020

                                              **ANDREW L. CARTER, JR.**
                                              **UNITED STATES DISTRICT JUDGE**