USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 11/4/2020

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------X
**United States of America,**

                              -against-

**Raul Agosto,**
-------------------------------------------------------X

                                                   **ORDER**
                                                   **19-CR-758 (ALC)**

**ANDREW L. CARTER, JR., United States District Judge:**

      The Sentencing scheduled for October 29, 2020 is adjourned to **February 11, 2021** at **12:30 p.m.**

      **SO ORDERED.**

Dated: New York, New York
       October 28, 2020

                                                     */s/ Andrew L. Carter, Jr.*
                                                 **ANDREW L. CARTER, JR.**
                                                 **UNITED STATES DISTRICT JUDGE**