UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
United States of America,

                                             ORDER

                                             19-CR-758 (ALC)

               -against-

Raul Agosto,
-----------------------------------------------------------X
ANDREW L. CARTER, JR., United States District Judge:

The sentencing scheduled for July 14, 2021 is adjourned to **August 4, 2021** at

**2:00 p.m.**

       SO ORDERED.

Dated: New York, New York
       July 13, 2021

                                            ANDREW L. CARTER, JR.
                                            UNITED STATES DISTRICT JUDGE

USDC SDNY
DOCUMENT ELECTRONICALLY
FILED
DOC#: _____
DATE FILED: 7-13-21