```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 12-10-24
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
UNITED STATES OF AMERICA,

                Plaintiff,

                19-CR-758 (ALC)

- v. -

RAUL AGOSTO,                **ORDER**

                Defendant.

-------------------------------------------------------------- x

**ANDREW L. CARTER, JR., District Judge:**

    A Violation of Supervised Release Hearing is scheduled for **December 12, 2024,** at **12:30 p.m.**

**SO ORDERED.**

Dated:    New York, New York
              December 10, 2024

                                              _____
                                              ANDREW L. CARTER, JR.
                                              **United States District Judge**