USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __1/6/25_____

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------X
UNITED STATES OF AMERICA,

        -against-

RAUL AGOSTO,

-------------------------------------------------------X

19 Cr. 758 (ALC)

**ORDER**

ANDREW L. CARTER, JR., District Judge:

The Violation of Supervised Release Hearing set for January 10, 2025, is adjourned to **January 15, 2025,** at **2:00 p.m.**

SO ORDERED.

Dated: New York, New York
      January 6, 2025

_____
ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE