```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 1-21-25
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x

UNITED STATES OF AMERICA,

                                      Plaintiff,

      - v. -                                       19-CR-758 (ALC)

RAUL AGOSTO,                                   **ORDER**

                                  Defendant.

------------------------------------------------------------- x

ANDREW L. CARTER, JR., District Judge:

      The Violation of Supervised Release Hearing is scheduled for January 23, 2025 is adjourned to **January 30, 2025,** at **12:00 p.m.**

SO ORDERED.

Dated:      New York, New York
                January 21, 2025

                                                _____
                                                **ANDREW L. CARTER, JR.**
                                                **United States District Judge**